IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 07 C 5056 |
| PHILLIPS HEATING & COOLING, INC., an Illinois corporation, | ) ) ) | JUDGE JOAN B. GOTTSCHALL |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on December 6, 2007, request this Court enter final judgment against Defendant, PHILLIPS HEATING & COOLING, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On December 6, 2007, this Court entered default and partial judgment against Defendant in the amount of $27,887.10 and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the time period September 2007 forward. The Court also entered an order that final judgment would be entered after the submission of the required contribution reports.

2. On December 4, 2007, Defendant submitted its delinquent monthly fringe benefit contribution reports. The reports show that the Defendant is delinquent in contributions to the Funds for the time period January 2007 through February 2008 in the amounts set forth below:

|                          | Contributions |
|--------------------------|---------------|
| Welfare Fund             | $2,882.15     |
| Pension Fund             | $4,155.79     |
| Supplemental Retirement  | $5,920.24     |
| Educational Fund         | $ 891.52      |
| Industry Fund            | $ 292.52      |
| Savings Fund             | $1,114.40     |
| Dues                     | $  52.50      |

(See Affidavit of Scott P. Wille).

    3.    Additionally, liquidated damages have been assessed in the amount of ten (10%) percent for the untimely submission of contributions for January 2007 through February 2008 in the amounts set forth below:

|                          | Liquidated Damages |
|--------------------------|--------------------|
| Welfare Fund             | $288.22            |
| Pension Fund             | $415.58            |
| Supplemental Retirement  | $592.02            |
| Educational Fund         | $ 89.15            |
| Industry Fund            | $ 29.25            |
| Savings Fund             | $111.44            |
| Dues                     | $  5.25            |

(Wille Aff. Par. 5).

    4.    Pursuant to the Trust Agreements, a liquidated damages surcharge has been assessed against the Defendant in the amount of ten (10%) percent of all contributions due and unpaid and all contributions which were paid late, for the months of February 2002 through December 2007, in the total amount of $30,718.19.

    5.    Defendant submitted its November 2007 monthly fringe benefit contribution reports but failed to remit all contributions due thereon. Accordingly, there remains a balance of $5,795.31 due for this month.

6. Plaintiffs' firm have expended $420.00 in costs and $1,788.75 in attorneys' fees in this matter, for a total of $2,208.75. (See Affidavit of Catherine M. Chapman).

7. Based upon the documents attached hereto, Plaintiffs request entry of final judgment in the total amount of $55,562.28.

WHEREFORE, Plaintiffs respectfully request this Court to enter final judgment in the amount of $55,562.28.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Phillips Heating\2007\motion-final judgment.jdg.df.wpd

# CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Final Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 15th day of May 2008:

      Mr. Michael J. Phillips, Registered Agent/President
      Phillips Heating & Cooling, Inc.
      725 Schneider Drive, Unit #1
      S. Elgin, IL   60177

      /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Phillips Heating\2007\motion-final judgment.jdg.df.wpd