IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 07 C 5056 |
| PHILLIPS HEATING & COOLING, INC., an Illinois corporation, | ) ) ) | JUDGE JOAN B. GOTTSCHALL |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on December 6, 2007, request this Court enter final judgment against Defendant, PHILLIPS HEATING & COOLING, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On December 6, 2007, this Court entered default and partial judgment against Defendant in the amount of $27,887.10 and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the time period September 2007 forward. The Court also entered an order that final judgment would be entered after the submission of the required contribution reports.

2. On December 4, 2007, Defendant submitted its delinquent monthly fringe benefit contribution reports. After application of partial payment received by Plaintiffs from Defendant, there remains $15,143.38 in delinquent contributions due to the Funds for the time period November 2007 and February 2008 through April 2008 (See Affidavit of Scott P. Wille).

3. Pursuant to the Trust Agreements, a liquidated damages surcharge has been assessed against the Defendant in the amount of ten (10%) percent of all contributions due and unpaid and all contributions which were paid late, for the months of April 2006 through June 2006, August 2006, September 2006, February 2007 through December 2007, February 2008 and March 2008, in the total amount of $11,535.99 (Wille Aff. Par. 5).

4. Plaintiffs' firm have expended $420.00 in costs and $1,788.75 in attorneys' fees in this matter, for a total of $2,208.75. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of final judgment in the total amount of $28,888.12.

WHEREFORE, Plaintiffs respectfully request this Court to enter final judgment in the amount of $28,888.12.

/s/ Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Phillips Heating\2007\motion 2-final judgment.jdg.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Final Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 5th day of June 2008:

                Mr. Michael J. Phillips, Registered Agent/President
                Phillips Heating & Cooling, Inc.
                725 Schneider Drive, Unit #1
                S. Elgin, IL   60177

                /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Phillips Heating\2007\motion 2-final judgment.jdg.df.wpd